**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

TCHANAVIAN J. CANTRELL,

Petitioner, : Case No. 3:26-cv-00081

- vs -

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

SHANNON OLDS, WARDEN,
Dayton Correctional Institution,
:
Respondent.

## DECISION AND ENTRY VACATING JUDGMENT AND EXTENDING TIME TO OBJECT

This habeas corpus case is before the Court on Petitioner's Motion for an Extension of Thirty Days in which to file objections (ECF No. 19). Examining the Motion and accompanying papers, the Court finds the Postal Service failed to provide Petitioner with adequate notice of the Magistrate Judge's Report and the Court then adopted the Report for lack of objection.

Acting *sua sponte*, but with consent of counsel for the Respondent, the Court hereby **ORDERS** the Judgment (ECF No. 18) and the Decision adopting the Report (ECF No. 17) **VACATED**. Petitioner's time to object to the Report is extended to and including **December 7, 2026**.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, November 9, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE